Alan D. Leeth (SBN 199226)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Phone: (205) 458-5499
Fax: (205) 244-5670
aleeth@burr.com

Attorney for Defendant
TRIVERITY, INC.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTEN GOHN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TRUMARK FINANCIAL CREDIT UNION; TRIVERITY, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; AND, EQUIFAX INFORMATION SERVICES, LLC,**<br><br>**Defendants.** | Case No. 2:25-cv-03430-JAM-DMC<br><br>Hon. John A. Mendez<br><br>**Order Granting Stipulation to Extend Time to Respond to First Amended Complaint (L.R. 144)** |

Pursuant to the Stipulation of the Parties (ECF No. 31) to extend the time to respond to the First Amended Complaint (ECF No. 20):

IT IS HEREBY ORDERED that Defendant TriVerity, Inc.'s deadline which it must file its answer or otherwise respond to the First Amended Complaint is extended through and including **March 23, 2026**.

**IT IS SO ORDERED**.

Dated: March 03, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

TriVerity, Inc.'s Stipulation to Extend Time to Respond to
First Amended Complaint (L.R. 144)                    Case No. 2:25-cv-03430-JAM-DMC

4

BURR & FORMAN LLP
420 TWENTIETH STREET NORTH, SUITE 3400
BIRMINGHAM, ALABAMA 35203
(205) 251-3000