

# United States District Court
# Eastern District of California

| | |
|---|---|
| KRISTEN GOHN | |
| Plaintiff(s) | Case Number: 2:25-cv-03430-JAM-DMC |
| V. | |
| TRUMARK FINANCIAL CREDIT UNION, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Corinne Samler Brennan hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: TruMark Financial Credit Union

On October 15, 2007 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: March 27, 2026        Signature of Applicant: /s/  /s/ Corinne Samler Brennan

Corinne Samler Brennan

---

**Pro Hac Vice Attorney**

Applicant's Name:        Corinne Samler Brennan

Law Firm Name:        Klehr Harrison Harvey Branzburg LLP

Address:        1835 Market Street, Suite 1400


City:        Philadelphia        State: PA        Zip: 19103

Phone Number w/Area Code: (215) 569-3393

City and State of Residence:  Philadelphia, PA

Primary E-mail Address:        cbrennan@klehr.com

Secondary E-mail Address:


I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:


Local Counsel's Name:        Jonathan C. Sandler

Law Firm Name:        Brownstein Hyatt Farber Schreck, LLP

Address:        2029 Century Park East, Suite 950


City:        Los Angeles        State: CA        Zip: 90067

Phone Number w/Area Code: 310-500-4600        Bar #  227532


## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.


Dated:  March 27, 2026

_____
JUDGE, U.S. DISTRICT COURT