**LOKER LAW, APC**
Scott M. Plescia (349319)
scott.plescia@loker.law
Telephone: (805) 323-3780
132 Bridge Street
Arroyo Grande, CA 93420

*Attorneys for Plaintiff,*
Kristen Gohn

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTEN GOHN,**<br><br>Plaintiff,<br><br>v.<br><br>**TRUMARK FINANCIAL CREDIT UNION; TRIVERITY, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; AND, EQUIFAX INFORMATION SERVICES, LLC,**<br><br>Defendants. | **Case No.:** 2:25-cv-03430-JAM-DMC<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT TRANS UNION LLC <u>ONLY</u> WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**<br><br>**HON. JOHN A. MENDEZ** |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 2:25-cv-03430-JAM-DMC          *Gohn v Trumark Financial Credit Union, et al.*

STIPULATION AND ORDER TO DISMISS DEFENDANT TRANS UNION LLC ONLY WITH
PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)

Plaintiff KRISTEN GOHN ("Plaintiff") and Defendant TRANS UNION LLC, by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and TRANS UNION LLC hereby jointly move to dismiss TRANS UNION LLC WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Date: June 29, 2026                                    **LOKER LAW, APC**

                                    BY: ___/s/ SCOTT M. PLESCIA___
                                        SCOTT M. PLESCIA, ESQ.
                                        ATTORNEY FOR PLAINTIFF

                          **MUSICK, PEELER & GARRETT LLP**

                                    By: ___/s/ Donald E. Bradley___
                                        DONALD E. BRADLEY, ESQ.
                              ATTORNEY FOR DEFENDANT, TRANS UNION LLC

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: June 29, 2026                                    **LOKER LAW, APC**

                                    ___/s/ SCOTT M. PLESCIA___
                                        SCOTT M. PLESCIA, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE. CA 93420

CASE NO.: 2:25-cv-03430-JAM-DMC          1 OF 2     *Gohn v Trumark Financial Credit Union, et al.*
**STIPULATION TO DISMISS DEFENDANT TRANS UNION LLC WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Plaintiff Kristen Gohn*'s *Stipulation to Dismiss Defendant Trans Union LLC with Prejudice* has been submitted on July 2, 2026 to all defense counsel of record via e-mail and U.S. Mail.


___/S/ SCOTT M. PLESCIA____
SCOTT M. PLESCIA, ESQ.

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

CASE NO.: 2:25-cv-03430-JAM-DMC          *Gohn v Trumark Financial Credit Union, et al.*

**PROOF OF SERVICE**

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| KRISTEN GOHN, | **Case No.:** 2:25-cv-03430-JAM-DMC |
|---|---|
| Plaintiff, | **ORDER DISMISSING TRANS UNION LLC <u>ONLY</u> WITH PREJUDICE** |
| v. | |
| TRUMARK FINANCIAL CREDIT UNION; TRIVERITY, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; AND, EQUIFAX INFORMATION SERVICES, LLC | **HON. JOHN A. MENDEZ** |
| Defendants. | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant TRANS UNION LLC to be, and is, **DISMISSED WITH PREJUDICE.** Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 02, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

CASE NO.: 2:25-cv-03430-JAM-DMC          *Gohn v Trumark Financial Credit Union, et al.*

ORDER