**LOKER LAW, APC**
Scott M. Plescia (349319)
scott.plescia@loker.law
Telephone: (805) 323-3780
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
Kristen Gohn

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KRISTEN GOHN,**<br>Plaintiff,<br>v.<br>**EQUIFAX INFORMATION SERVICES, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.,**<br>Defendants. | **Case No.:** 2:25-cv-03430-JAM-ICD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**<br><br>**HON. JOHN A. MENDEZ** |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE. CA 93420

Plaintiff KRISTEN GOHN ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal with Prejudice pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and EXPERIAN INFORMATION SOLUTIONS, INC. hereby jointly move to dismiss EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Date: October 22, 2026 **LOKER LAW, APC**

BY: /s/ Scott M. Plescia
SCOTT M. PLESCIA, ESQ.
ATTORNEY FOR PLAINTIFF

**GOODWIN PROCTER LLP**

By: /s/ Colette A. Lowry
COLETTE A. LOWRY, ESQ.
ATTORNEY FOR DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: October 22, 2026 **LOKER LAW, APC**

/s/ Scott M. Plescia
SCOTT M. PLESCIA, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

# CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc.* has been submitted on October 22, 2026 to all defense counsel of record via e-mail and U.S. Mail.

___/s/ Scott M. Plescia___
SCOTT M. PLESCIA, ESQ.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KRISTEN GOHN,**<br><br>Plaintiff,<br><br>**v.**<br><br>**EQUIFAX INFORMATION SERVICES, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendants. | **Case No.:** 2:25-cv-03430-JAM-ICD<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**<br><br>**HON. JOHN A. MENDEZ** |

Based upon the Parties' Stipulation, and good cause, Defendant EXPERIAN INFORMATION SOLUTIONS, INC. is **DISMISSED WITH PREJUDICE**. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: October 29, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE